## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY WRIGHT, | ) | 3:14-cv-00232-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 25, 2014 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's "Motion for Permission to Engage in Discovery or Hold a Scheduling Order or Conference" (Doc. # 25) is **DENIED AS MOOT.**  The court has concomitantly entered its Scheduling Order in this matter, which event was triggered by the Defendants filing of their Answer to Plaintiff's Third Amended Complaint (Doc. # 22).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
      Deputy Clerk