UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| ANTHONY WRIGHT, ) | |
| ) | CASE NO.: 3:14-CV-00232-RCJ-WGC |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| NEVADA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #50) entered on December 11, 2015, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF #43, and errata to Exhibits B &C at ECF #44). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #50).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #43, and errata to Exhibits B &C at ECF #44) is GRANTED, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 5th day of January, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE